**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEWART MANAGO, | ) | 1:13-cv-01848-AWI-BAM (PC) |
| | ) | |
| Plaintiff, | ) | ORDER DISREGARDING MOTION TO |
| | ) | PROCEED IN FORMA PAUPERIS ON |
| v. | ) | APPEAL  (ECF No. 16) |
| | ) | |
| W. WALSH, et al., | ) | ORDER DIRECTING CLERK OF COURT |
| | ) | TO FORWARD APPLICATION TO |
| Defendants. | ) | UNITED STATES COURT OF APPEALS |
| | ) | FOR THE NINTH CIRCUIT |
| | ) | |
| | ) | |
| | ) | |

Plaintiff Stewart Manago ("Plaintiff"), inmate number E-02564, is a state prisoner.  This matter is currently on appeal to the United States Court of Appeals for the Ninth Circuit.  On June 26, 2014, an order issued requiring Plaintiff to file a motion with the Ninth Circuit to proceed in forma pauperis, pay $505 to this court or show cause why the appeal should not be dismissed for failure to prosecute.  (ECF No. 14.)  On July 2, 2014, Plaintiff filed an application to proceed in forma pauperis with this court.  (ECF No. 16.)  As Plaintiff was directed to file his application directly with the Ninth Circuit, Plaintiff's application to proceed in forma pauperis filed in this court on July 2, 2014, is HEREBY DISREGARDED. The Clerk of the Court is directed to forward the application to the Ninth Circuit.

IT IS SO ORDERED.

Dated:   **July 24, 2014**                    /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE

1